IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICHARD JONES,           ) | |
|                          ) | |
|    Plaintiff,            ) | |
|                          ) | |
| v.                       ) | Civil No. 3:10-0793 |
|                          ) | Judge Trauger |
| BRIDGETT HANDY-CLAY, Public Records  ) | |
| Coordinator for the City of Memphis, ) | |
|                          ) | |
|    Defendant.            ) | |

## **O R D E R**

The Plaintiff's Motion to Amend Complaint (Docket No. 16), to which no timely response has been filed, is **GRANTED**.

It is so **ORDERED**.

ENTER this 19th day of October 2010.

_____
ALETA A. TRAUGER
U.S. District Judge