IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **RICHARD JONES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.   2:10-cv-02776 |
| ) | |
| **BRIDGETT HANDY-CLAY, Public Records** ) | |
| **Coordinator for the City of Memphis; and** ) | |
| **CITY OF MEMPHIS; and** ) | |
| **JILL MADAJCZKY, Senior Assistant City** ) | |
| **Attorney for Memphis,** ) | |
| ) | |
| Defendants. ) | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Before the Court is Plaintiff Richard Jones' Motion for Extension of Time to Respond to Defendant's Motion to Dismiss (D.E. # 34), filed on November 12, 2010. The Motion is GRANTED, and it is hereby ORDERED that Plaintiff is given until December 9, 2010 to respond to Defendant Bridget Handy-Clay's Motion to Dismiss.

So ORDERED this 15th day of November, 2010.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE