IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **RICHARD JONES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 2:10-cv-02776 |
| vs. ) | |
| ) | Judge S. Thomas Anderson |
| **CITY OF MEMPHIS;** ) | |
| **BRIDGETT HANDY-CLAY,** Public ) | Magistrate Judge Diane K. Vescovo |
| Records Coordinator for the City of ) | |
| Memphis; and **JILL MADAJCZYK,** ) | |
| Senior Assistant City Attorney for ) | |
| Memphis, ) | |
| ) | |
| **Defendants.** ) | |

_____

## NOTICE OF SPECIAL APPEARANCE
_____

Stacie S. Winkler of the Law Firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., enters an appearance of representation on behalf of Defendants City of Memphis and Bridgett Handy-Clay.  By filing this Notice, Defendants specifically reserve the right to assert any and all defenses under the Federal Rules of Civil Procedure, including, but not limited to all Rule 12 defenses.

        Respectfully submitted,

        BAKER, DONELSON, BEARMAN,
        CALDWELL & BERKOWITZ

        s/ Stacie S. Winkler
        Bruce A. McMullen (BPR #18126)
        Stacie Winkler (BPR # 23098)
        First Tennessee Building
        165 Madison Avenue
        Suite 2000
        Memphis, TN  38103
        901-526-2000
        bmcmullen@bakerdonelson.com
        swinkler@bakerdonelson.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 16, 2010, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

This 15th Day of November, 2010.

Edmund J. Schmidt, III
1720 West End Ave., Suite 300
Nashville, Tennessee  37203
Phone: (615) 425-7121
Fax: (615) 425-7110
eddie@eschmidtlaw.com
*Attorney for Plaintiff*

Tricia Herzfeld
Staff Attorney
ACLU-TN
P.O. Box 120160
Nashville, TN  37212
Phone: (615) 320-7143, ext. 303
Fax: (615) 691-7219
tricia@aclu-tn.org
*Attorney for Plaintiff*

                s/ Stacie S. Winkler
                Stacie S. Winkler

M SEW1 2188761 v1
2545600-000157 11/02/2010