IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| RICHARD JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:10-cv-02776 |
| vs. ) | |
| ) | Judge S. Thomas Anderson |
| CITY OF MEMPHIS; ) | |
| BRIDGETT HANDY-CLAY, Public ) | Magistrate Judge Diane K. Vescovo |
| Records Coordinator for the City of ) | |
| Memphis; and JILL MADAJCZYK, ) | |
| Senior Assistant City Attorney for ) | |
| Memphis, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE OF SHANNON WILEY

Comes now Shannon L. Wiley of the Law Firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. and hereby files this Notice of Appearance as additional counsel on behalf of Defendant, Defendants City of Memphis and Bridgett Handy-Clay in the above-styled cause.

Respectfully submitted,

s/ Shannon L. Wiley
Bruce A. McMullen (BPR #18126)
Stacie Winkler (BPR # 23098)
Shannon L. Wiley (BPR # 29452)
First Tennessee Building
165 Madison Avenue
Suite 2000
Memphis, TN  38103
901-526-2000
bmcmullen@bakerdonelson.com
swinkler@bakerdonelson.com
swiley@bakerdonelson.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been electronically filed using the CM/ECF system, this 6th day of December, 2010.

Edmund J. Schmidt, III
1720 West End Ave., Suite 300
Nashville, Tennessee  37203
Phone: (615) 425-7121
Fax: (615) 425-7110
eddie@eschmidtlaw.com
*Attorney for Plaintiff*

Tricia Herzfeld
Staff Attorney
ACLU-TN
P.O. Box 120160
Nashville, TN  37212
Phone: (615) 320-7143, ext. 303
Fax: (615) 691-7219
tricia@aclu-tn.org
*Attorney for Plaintiff*

        s/ Shannon L. Wiley
Shannon L. Wiley